United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| HECTOR LOPEZ, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:19-cv-00111 |
| | § | |
| LPE INC., GERARDO MONTALVO, and | § | |
| MARIO DOMINGUEZ JR. | § | |
| | § | |
| *Defendants*. | § | |

### [PROPOSED] ORDER APPROVING MOTION FOR APPROVAL OF
### SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pending before this Court is the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice ("Motion"). Having considered the Parties' Motion, and having found that the Parties' settlement is fair and equitable, the Court determines that the Parties' Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice. Plaintiffs shall file a Motion for Attorneys' Fees and Costs, pursuant to Federal Rule of Civil Procedure 54(d), within _30_ days of the entry of this order.

Signed on this _25th_ day of _Nov._, 2019.

_____

HON. DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

19